**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15CV519-RJC-DSC**

| | |
|---|---|
| **JOSELINE MONTERO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AETNA LIFE INSURANCE COMPANY,** | ) |
| **et. al.,** | |
| | ) |
| **Defendants.** | ) |

      **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jennifer E. Johnsen]" (document # 21) filed October 10, 2016. For the reasons set forth therein, the Motion will be <u>granted</u>.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

      **SO ORDERED**.

Signed: October 10, 2016

David S. Cayer
United States Magistrate Judge