# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Joseline Montero, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00519-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America Long-Term Disability Plan Aetna Life Insurance Company Bank of America Group Benefits Program, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2017 Order.

March 28, 2017

Frank G. Johns, Clerk
United States District Court